NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

———————————

2013-3097

———————————

Petition for review of the Merit Systems Protection Board in case no. DC300A120619-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

The Department of Homeland Security moves without opposition for a 7-day extension of time, until May 30, 2013, to file its response to Donaldson's motion to substitute party and to stay the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

ROBERT DONALDSON V. DHS                                          2

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27